Hearing Date: Fgego dgt"38."4232
Hearing Time: 32:52"c0
Location: 219 S. Dearborn St., Courtroom 866
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF
# DIVISION

| | | |
|---|---|---|
| In re: | §       Ej cr vgt 9 | |
| | § | |
| BRUGGEMAN, ROBERT E | §     Case No. 09-26122 | |
| | § | |
| Debtor | §     J qp0Rco grc U0J qmku | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under chapter ____ of the United States Bankruptcy Code on ____. The undersigned trustee was appointed on ____.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of      $

       Funds were disbursed in the following amounts:

       Administrative expenses
       Payments to creditors
       Non-estate funds paid to 3rd Parties
       Payments to the debtor

       Leaving a balance on hand of[1]     $

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (9/1/2009) *(Page: 1)*

  6.  The deadline for filing claims in this case was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

  7.  The Trustee's proposed distribution is attached as **Exhibit D**.

  8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

  The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date:_____  By:/s/Joseph A. Baldi, Trustee_____
                Trustee


**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| | |  | | |
|---|---|---|---|---|
| Case No: | 09-26122 | PSH | Judge: Pamela S. Hollis | Trustee Name: Joseph A. Baldi, Trustee |
| Case Name: | BRUGGEMAN, ROBERT E | | | Date Filed (f) or Converted (c): 07/20/09 (f) |
| | | | | 341(a) Meeting Date: 08/28/09 |
| For Period Ending: | 10/03/10 | | | Claims Bar Date: 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 400,000.00 | 0.00 | | 0.00 | FA |
| 7916 Cortland Parkway, Elmwood Park, IL (owned in tenancy by the entirities) | | | | | |
| 2. Real Property | 50,000.00 | 0.00 | | 0.00 | FA |
| Condominium: 2400 Geneva St., Delavan, WI. 25% interest. | | | | | |
| 3. Cash on Hand | 2,000.00 | 0.00 | | 0.00 | FA |
| Working capital for purchase of auto parts | | | | | |
| 4. Checking, Savings Accounts | -233.15 | 0.00 | | 0.00 | FA |
| Chase Checking Account (buisness account) | | | | | |
| 5. Checking, Savings Accounts | 963.89 | 0.00 | | 0.00 | FA |
| Chase-Joint checking account | | | | | |
| 6. Checking, Savings Accounts | 20,501.29 | 20,501.29 | | 20,503.95 | FA |
| Chase Savings Account | | | | | |
| 7. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Interest in Insurance Policies | 22,217.13 | 0.00 | | 0.00 | FA |
| American General Life Insurance Policy payable to spouse | | | | | |
| 10. Interests-IRA, ERISA, KEOGH, & etc | 15,201.13 | 0.00 | | 0.00 | FA |
| Merrill Lynch IRA | | | | | |
| 11. Interests-IRA, ERISA, KEOGH, & etc | 42,946.52 | 0.00 | | 0.00 | FA |
| Midland National Annuity (IRA) | | | | | |
| 12. Interests-IRA, ERISA, KEOGH, & etc | 46,436.91 | 0.00 | | 0.00 | FA |
| North American Annuity (IRA) | | | | | |
| 13. Brokerage accounts and mutual funds | 17,089.36 | 17,089.36 | | 20,336.40 | FA |

Case 09-26122   Doc 31   Filed 11/17/10   Entered 11/17/10 12:14:25   Desc Main
Document      Page 4 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

Exhibit A

| Case No: | 09-26122 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BRUGGEMAN, ROBERT E | | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | | | | 341(a) Meeting Date: | 08/28/09 |
| | | | | | Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Merrill Lynch CMA Account | | | | | |
| 14. Autos, Trucks, Trailers, other Vehicles<br>Sold per order 6/10/10<br>'03 Audi A4<br>80,000 miles | 9,125.00 | 0.00 | | 4,210.00 | FA |
| 15. Autos, Trucks, Trailers, other Vehicles<br>Sold per order 6/10/10<br>'03 Chevy Pick-Up<br>100,000 miles | 3,375.00 | 0.00 | | 2,970.00 | FA |
| 16. Autos, Trucks, Trailers, other Vehicles<br>Sold per order 6/10/10<br>2000 Ford Expedition<br>135,000 miles | 3,075.00 | 0.00 | | 1,620.00 | FA |
| 17. Autos, Trucks, Trailers, other Vehicles<br>Sold per order 6/10/10<br>1993 Nissan Sentra<br>145,000 miles | 550.00 | 0.00 | | 190.00 | FA |
| 18. Autos, Trucks, Trailers, other Vehicles<br>Sold per order 6/10/10<br>1999 Toyota Corolla<br>83,000 miles | 2,550.00 | 0.00 | | 1,620.00 | FA |
| 19. Autos, Trucks, Trailers, other Vehicles<br>2000 Volkswagon Beetle<br>92,000 miles | 1,425.00 | 0.00 | | 1,890.00 | FA |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 15.79 | Unknown |

Gross Value of Remaining Assets

Case 09-26122  Doc 31  Filed 11/17/10  Entered 11/17/10 12:14:25  Desc Main
Document      Page 5 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 3

Exhibit A

| Case No: | 09-26122 | PSH | Judge: Pamela S. Hollis | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | BRUGGEMAN, ROBERT E | | | | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | | | | 341(a) Meeting Date: | 08/28/09 |
| | | | | | Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $640,223.08 | $37,590.65 | | $53,356.14 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered monies in investment and bank accounts; sold equity in cars to Debtor per court order; prepared Estate
tax returns

Initial Projected Date of Final Report (TFR): 09/30/10      Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 09-26122 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6228  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9931 | | | |
| For Period Ending: | 10/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| C | 09/23/09 | 6 | Robert Bruggman<br>JPMorgan Chase Cashier's Check<br>Columbus OH | Proceeds of Bank Account | 1129-000 | 20,503.95 | | 20,503.95 |
| C | 09/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 20,504.00 |
| C | 10/22/09 | 13 | MERRILL LYNCH,<br>Pierce Fenner & Smith,  Inc.<br>Disbursement Account<br>4804 deer Lake Drive East<br>Jacksonville,, Fl 32246 | Merrill Lynch Brokerage Account | 1129-000 | 20,278.38 | | 40,782.38 |
| C | 10/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 40,783.00 |
| C | 11/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,784.01 |
| C | 12/31/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,785.05 |
| C | 01/20/10 | 13 | MERRILL LYNCH,<br>Pierce Fenner & Smith,  Inc.<br>Disbursement Account<br>4804 deer Lake Drive East<br>Jacksonville,, Fl 32246 | Merrill Lynch Brokerage Account | 1129-000 | 58.02 | | 40,843.07 |
| C | 01/29/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,844.10 |
| * C | 02/01/10 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK<br>Interest from 1/29/10 posted manually. | 1270-003 | 1.03 | | 40,845.13 |
| C | 02/26/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 40,846.07 |
| C t | 03/03/10 | | Transfer to Acct #*******6299 | Bank Funds Transfer<br>Transfer funds for bond premium payment. | 9999-000 | | 9.30 | 40,836.77 |
| C t | 03/04/10 | | Transfer to Acct #*******6299 | Bank Funds Transfer | 9999-000 | | 25.50 | 40,811.27 |
| * C | 03/22/10 | 20 | Reverses Interest on 02/01/10 | INTEREST REC'D FROM BANK<br>Adjustment to cancel out double entry of $1.03<br>interest posting for January 2010.  Checked with<br>BOA -- see bank file for memo.<br><br>ecb  3/22/10 | 1270-003 | -1.03 | | 40,810.24 |

LFORM2T4   UST Form 101-7-TFR (9/1/2009) (Page: 6)   Ver: 15.20

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 09-26122 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6228 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9931 | | |
| For Period Ending: | 10/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| C  03/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.05 | | 40,811.29 |
| C  04/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.01 | | 40,812.30 |
| C  05/28/10 | 20 | Bank of America, N.A. | Interest Rate 0.030 | 1270-000 | 1.04 | | 40,813.34 |
| C  06/21/10 | * NOTE * | Robert Bruggman | SALE PROCEEDS: VEHICLES | 1129-000 | 12,500.00 | | 53,313.34 |
| | | JPMorgan Chase Cashier's Check | | | | | |
| | | Columbus OH | * NOTE * Properties 14, 15, 16, 17, 18, 19 | | | | |
| C  06/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 1.28 | | 53,314.62 |
| C  07/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.26 | | 53,316.88 |
| C  08/31/10 | 20 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.27 | | 53,319.15 |
| C  09/30/10 | 20 | Bank of America, N.A. | Interest Rate 0.050 | 1270-000 | 2.19 | | 53,321.34 |

\* Reversed
t Funds Transfer
C Bank Cleared

| Account *******6228 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 4 | Deposits | 53,340.35 | 0 | Checks | 0.00 |
| | 15 | Interest Postings | 15.79 | 0 | Adjustments Out | 0.00 |
| | | | | 2 | Transfers Out | 34.80 |
| | | Subtotal | $ 53,356.14 | | | |
| | | | | | Total | $ 34.80 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $ 53,356.14 | | | |

LFORM2T4   UST Form 101-7-TFR (9/1/2009) *(Page: 7)*

Ver: 15.20

FORM 2

Page: 3

Exhibit B

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-26122 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6299  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9931 | | | |
| For Period Ending: | 10/03/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t  03/03/10 | | Transfer from Acct #*******6228 | Bank Funds Transfer | 9999-000 | 9.30 | | 9.30 |
| | | | Transfer funds for bond premium payment. | | | | |
| C   03/03/10 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 9.30 | 0.00 |
| | | 701 Poydras Street  #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| C t  03/04/10 | | Transfer from Acct #*******6228 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| C   03/04/10 | 001002 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 25.50 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |

\* Reversed
t  Funds Transfer
C  Bank Cleared

| Account *******6299 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| | 0  Deposits | 0.00 | 2 | Checks | 34.80 |
| | 0  Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $  0.00 | | | |
| | | | | Total | $  34.80 |
| | 0  Adjustments In | 0.00 | | | |
| | 2  Transfers In | 34.80 | | | |
| | Total | $  34.80 | | | |

UST Form 101-7-TFR (9/1/2009) (Page: 8)

Ver: 15.20

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 09-26122 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6299  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9931 | | |
| For Period Ending: | 10/03/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Report Totals | | Balance Forward | 0.00 | | | |
| | | 4 | Deposits | 53,340.35 | 2 | Checks | 34.80 |
| | | 15 | Interest Postings | 15.79 | 0 | Adjustments Out | 0.00 |
| | | | | | 2 | Transfers Out | 34.80 |
| | | | Subtotal | $ 53,356.14 | | | |
| | | | | | | Total | $ 69.60 |
| | | 0 | Adjustments In | 0.00 | | | |
| | | 2 | Transfers In | 34.80 | | | |
| | | | Total | $ 53,390.94 | | Net Total Balance | $ 53,321.34 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

| Case Number: | 09-26122 | | Page 1 | | Date: October 03, 2010 |
|---|---|---|---|---|---|
| Debtor Name: | BRUGGEMAN, ROBERT E | | Claim Class, Priority Sequence | | |

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>3410-00 | Popowcer Katten, Ltd<br>35 E. Wacker Drive<br>Suite 1550<br>Chicago, Il 60601-2207 | Administrative | | $1,139.50 | $0.00 | $1,139.50 |
| 001<br>3110-00 | BALDI BERG & WALLACE, LTD.<br>19 South LaSalle Street<br>Suite 1500<br>Chicago, IL 60603 | Administrative | | $3,008.50 | $0.00 | $3,008.50 |
| 001<br>2100-00 | JOSEPH A. BALDI , as Trustee<br>19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603 | Administrative | | $5,917.81 | $0.00 | $5,917.81 |
| | Subtotal for Class Administrative | | | $10,065.81 | $0.00 | $10,065.81 |
| 000001<br>058<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | Priority | Claim amended to $0 filed 10/1/10 | $0.00 | $0.00 | $0.00 |
| | Subtotal for Class Priority | | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $378.45 | $0.00 | $378.45 |
| 000003<br>070<br>7100-00 | Toyota Tsusho America, Inc.<br>c/o Zeichner Ellman & Krause, LLP<br>575 Lexington Avenue<br>New York, NY 10022 | Unsecured | | $6,783,842.58 | $0.00 | $6,783,842.58 |
| 000004<br>070<br>7100-00 | BankFinancial, FSB<br>Crowley & Lamb PC<br>350 N LaSalle Street, Suite 900<br>Chicago, IL 60654 | Unsecured | (4-1) Modified to correct creditor's address (Modified on 12/03/2009) | $204,599.37 | $0.00 | $204,599.37 |
| | Subtotal for Class Unsecured | | | $6,988,820.40 | $0.00 | $6,988,820.40 |
| | Case Totals: | | | $6,998,886.21 | $0.00 | $6,998,886.21 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 09-26122
Case Name: BRUGGEMAN, ROBERT E
Trustee Name: Joseph A. Baldi, Trustee

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $_____ | $_____ |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $_____ | $_____ |
| Appraiser: | $_____ | $_____ |
| Auctioneer: | $_____ | $_____ |
| Accountant: Popowcer Katten, Ltd | $_____ | $_____ |
| Special Attorney for trustee: | $_____ | $_____ |
| Charges: | $_____ | $_____ |
| Fees: | $_____ | $_____ |
| Other: | $_____ | $_____ |
| Other: | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor:* | | $ | $ |
| *Attorney for:* | | $ | $ |
| *Accountant for:* | | $ | $ |
| *Appraiser for:* | | $ | $ |
| *Other:* | | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ _____ must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000001* | *Department of the Treasury* | $ | $ |
| | | $ | $ |
| | | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ _____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| *000002* | *Chase Bank USA, N.A.* | $ | $ |
| *000003* | *Toyota Tsusho America, Inc.* | $ | $ |
| *000004* | *BankFinancial, FSB* | $ | $ |

      Tardily filed claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be _____ percent.

      Tardily filed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be _____ percent.

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

      The amount of surplus returned to the debtor after payment of all claims and interest is $_____ .