Hearing Date: December 16, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BRUGGEMAN, ROBERT E | § | Case No. 09-26122 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m.
on Thursday, December 16, 2010
in Courtroom   644, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Kenneth Gardner_____
                                                  Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St.,Suite 1500, Chicago, I 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
BRUGGEMAN, ROBERT E § Case No. 09-26122
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 53,356.14 |
| and approved disbursements of | $ | 34.80 |
| leaving a balance on hand of[1] | $ | 53,321.34 |

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

$_____

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| Trustee: Joseph A. Baldi, Trustee | $ 5,917.81 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 3,008.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,139.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |
| *Other:* | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* | $ | $ |
| *Attorney for:* | $ | $ |
| *Accountant for:* | $ | $ |
| *Appraiser for:* | $ | $ |
| *Other:* | $ | $ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Department of the Treasury | $ 0.00 | $ 0.00 |
|  |  | $ | $ |
|  |  | $ | $ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,988,820.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 378.45 | $ 2.34 |
| 000003 | Toyota Tsusho America, Inc. | $ 6,783,842.58 | $ 41,986.87 |
| 000004 | BankFinancial, FSB | $ 204,599.37 | $ 1,266.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

Prepared By: /s/ _____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

District/Off: 0752−1                User: kseldon                 Date Created: 11/18/2010
Case: 09−26122                      Form ID: pdf006               Total: 67

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty         Joseph A Baldi &Associates P C
aty         Popowcer Katten Ltd
aty         Lois West
14271962    Midwest Core &Catalytics LLC
                                                                                             TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Robert E Bruggeman        7916 Cortland Parkway       Elmwood Park, IL 60707
tr          Joseph A Baldi, Tr        Joseph Baldi &Associates     19 S Lasalle Street Suite 1500      Chicago, IL 60603
aty         Elizabeth C Berg          19 S Lasalle Street, , Suite 1500       Chicago, IL 60603
aty         John D. Spina             Spina McGuire &Okal PC       7610 West North Avenue       Elmwood Park, IL 60707
aty         Joseph A Baldi            Joseph Baldi &Associates     19 S Lasalle Street Suite 1500      Chicago, IL 60603
14180969    A T &T          PO Box 8100        Aurora IL 60507−8100
14180967    A.R.E. Industries, Inc.      Attn: Janet Winters       2621 S Custer       Wichita KS 67217
14271964    AT          Bankruptcy Department       PO Box 769         Arlington TX 76004
14180970    AXA Equitable        PO Box 1047        Charlotte NC 28201−1047
14180962    Alarm Detection Systems, Inc        111 Church Road         Aurora IL 60505
14180963    Alliance Shippers, Inc.       PO Box 827505         Philadelphia PA 19181−7505
14180964    Allied Waste       5050 W Lake Street        Melrose Park IL 60160
14180961    American Int(l Companies       Specialty Workers Comp Group        PO Box 409        Parsippany NJ
            07054−0409
14180965    Amerigas       3501 S Cicero Avenue        Cicero IL 60804−4534
14180966    Amm(s Limousine        Attn: Ingrid Castillo       5509 N Cumberland Ave., #509        Chicago IL
            60645−1471
14180968    Associated Bag       400 W Boden Street        Milwaukee WI 53207
14181006    Bank Financial, FSB        c/o Crowley &Lamb, PC        350 N. LaSalle Street, # 900       Chicago, IL
            60654
14776510    BankFinancial, FSB        Crowley &Lamb PC        350 N LaSalle Street, Suite 900      Chicago, IL 60654
14180971    Cananwill       1000 Milwaukee Avenue        Glenview, IL 60025
14180972    Catmet       16400 Lathrop Avenue        Harvey IL 60426−6024
14180973    Catmet &Recovered Asset Mgt        c/o Schopf &Weiss/R Palmersheim       One S Wacker Dr., 28th
            Floor       Chicago IL 60606−4617
14271957    Chase        PO Box 15298        Wilmington, DE 19850
14501114    Chase Bank USA, N.A.        PO Box 15145        Wilmington, DE 19850−5145
14271955    Chase Home Equity        PO Box 9001008        Louisville, KY 40290
14271961    Chase Home Equity        PO Box 9001008        Louisville, KY 40290
14180974    Com−Ed       Bill Payment Center        Chicago IL 60668−0001
14180960    Cutler Commercial        2150 E Highland, Ste 207        Phoenix AZ 85016
14181003    DS Waters of North America        c/o Collections Bureau of America       PO Box 5013       Hayward CA
            94540−5013
14180980    Department of the Treasury       Internal Revenue Service        PO Box 21126      Philadelphia, PA 19114
14181001    Freeborn &Peters       Attn: Daniel C Curth        311 S Wacker Dr #3000       Chicago IL 60606
14180975    Grainger       1200 S Wolf Road        Wheeling IL 60090−6442
14271959    Helen Bruggeman        7916 W Cortland Parkway        Elmwood Park, IL 60707
14180976    Hinckley Springs        4170 Tanner Creek Drive        Flowery Branch GA 30542
14180977    Humana       PO Box 0859        Carol Stream IL 60132−0859
14180978    IDES        Attn: Juanito Revilla, BK Dept       33 S State St., 10th FL       Chicago IL 60603
14180979    Illinois Department of Revenue       Attn: Richard Dziedzic       100 W Randolph Street       Chicago, IL
            60611
14181002    James L Kopecky PC        Attn: John J Lynch       321 N Clark St #2200        Chicago IL 60610
14271958    Kelhle Scale Inc        3475 Nemesis Ave        Waukegan, IL 60087
14180981    Koehler Scale, Inc        Attn: John Zegar        3475 Nemesis Avenue       Waukegan IL 60087
14180982    Libra Industries        1823 W Webster Avenue         Chicago IL 60614
14271956    M &I Marshall and Ilsey Bank         PO Box 3114         Milwaukee, WI 53201
14181000    Mecker Bulger &Tilson        Attn: Chad Main        123 N Wacker Dr., #1800       Chicago IL 60606
14180983    Meckler Bulger &Tilson LLP         123 N Wacker Dr., #1800        Chicago IL 60606
14180984    Met Life       2650 Warrenville Rd Ste 100       Downers Grove IL 60515
14271960    Midwest Core &Catalytics LLC        15 N 9th Avenue        Melrose Park, IL
14181005    Mikey Siegal        36681 N. 105th Way        Scotsdale, AZ 85262
14180985    Nicor       PO Box 2020        Aurora IL 60507−2020
14180986    Nissan Motor Acceptance        PO Box 660366        Dallas TX 75266−0366
14180987    Orkin        200 S 25th Ave., Suite B        Broadview IL 60155−2820
14180988    QWEST        PO Box 29039        Phoenix AZ 85038−9030
14271963    Richard and Rosemary Kloak        1643 N 77th Court        Elmwood Park, IL 60707
14180989    Roadrunner Dawes        3576 Paysphere Circle        Chicago IL 60674
14180990    Sadoff &Rudoy Industries LLP        240 W Arnt St        Fon Du Lac, WI 54936−1136
14180991    Sadoff &Rudoy Industries LLP        c/o Quarles &Brady LLO/P Schoen       411 E Wisconsin
            Avenue       Milwaukee WI 53202−4497

| | | | | |
|---|---|---|---|---|
| 14180992 | Schwartz Insurance | One S Wacker Drive #3600 | Chicago IL 60606-4614 | |
| 14180993 | Shepard Schwartz and Harris | 123 N Wacker Drive | Chicago IL 60606-1700 | |
| 14180994 | Sprint | PO Box 541023 | Los Angeles CA 99054-1023 | |
| 14180995 | The Hartford | PO Box 2907 | Hartford CT 06104-2907 | |
| 14180996 | The Right Moves | 565 Forest Preserve Drive | Wood Dale IL 60191 | |
| 14181004 | Toyota Tsusho America, Inc. | c/o Zeichner Ellman & Krause, LLP | 575 Lexington Avenue | New York, NY 10022 |
| 14180997 | Verizon Wireless | Operations Support | 777 Big Timber Road | Elgin IL 60123 |
| 14180998 | Village of Maywood | 40 Madison Street | Maywood IL 60153 | |
| 14180999 | Yellow Transportation | PO Box 5901 | Topeka KS 66605-0901 | |

TOTAL: 63

Case 09-28162    Doc 3571    Filed 11/17/10    Entered 11/27/10 02:43:37    Desc Main Document    Page 2 of 2
Final Report/Application Notice Recipients    Page 2 of 2