Hearing Date: December 16, 2010
Hearing Time: 10:30 a.m.
Location: 219 S. Dearborn St., Courtroom 644
Chicago, IL 60604

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 7 |
| | § | |
| BRUGGEMAN, ROBERT E | § | Case No. 09-26122 |
| | § | |
| Debtor | § | Hon. Pamela S. Hollis |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  Kenneth S. Gardner
  Clerk of the U.S. Bankruptcy Court
  219 S. Dearborn, 7th Floor
  Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at :

  10:30 a.m.
  on Thursday, December 16, 2010
  in Courtroom 644, U.S. Courthouse
  219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____    By: Kenneth Gardner_____
                    Clerk of Bankruptcy Court

Joseph A. Baldi, Trustee
19 S. LaSalle St., Suite 1500, Chicago, I 60603

UST Form 101-7-NFR (9/1/2009) *(Page: 1)*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
BRUGGEMAN, ROBERT E § Case No. 09-26122
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 53,356.14 |
| *and approved disbursements of* | $ | 34.80 |
| *leaving a balance on hand of*[1] | $ | 53,321.34 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---:|---:|
| Trustee: Joseph A. Baldi, Trustee | $ 5,917.81 | $ 0.00 |
| Attorney for trustee: BALDI BERG & WALLACE, LTD. | $ 3,008.50 | $ 0.00 |
| Appraiser: | $ | $ |
| Auctioneer: | $ | $ |
| Accountant: Popowcer Katten, Ltd | $ 1,139.50 | $ 0.00 |
| Special Attorney for trustee: | $ | $ |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009) *(Page: 2)*

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Charges:* _____ | $ _____ | $ _____ |
| *Fees:* _____ | $ _____ | $ _____ |
| *Other:* _____ | $ _____ | $ _____ |
| *Other:* _____ | $ _____ | $ _____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor:* _____ | $ _____ | $ _____ |
| *Attorney for:* _____ | $ _____ | $ _____ |
| *Accountant for:* _____ | $ _____ | $ _____ |
| *Appraiser for:* _____ | $ _____ | $ _____ |
| *Other:* _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| *000001* | *Department of the Treasury* | $ 0.00 | $ 0.00 |
| _____ | _____ | $ _____ | $ _____ |
| _____ | _____ | $ _____ | $ _____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 6,988,820.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000002 | Chase Bank USA, N.A. | $ 378.45 | $ 2.34 |
| 000003 | Toyota Tsusho America, Inc. | $ 6,783,842.58 | $ 41,986.87 |
| 000004 | BankFinancial, FSB | $ 204,599.37 | $ 1,266.32 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00 .

UST Form 101-7-NFR (9/1/2009) *(Page: 4)*

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi, Trustee*
*Suite 1500*
*19 South LaSalle Street*
*Chicago, IL 60603*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# Notice Recipients

District/Off: 0752−1  User: kseldon  Date Created: 11/18/2010
Case: 09−26122  Form ID: pdf006  Total: 67

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      Joseph A Baldi &Associates P C
aty      Popowcer Katten Ltd
aty      Lois West
14271962 Midwest Core &Catalytics LLC
                                                                               TOTAL: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db       Robert E Bruggeman       7916 Cortland Parkway       Elmwood Park, IL 60707
tr       Joseph A Baldi, Tr       Joseph Baldi &Associates    19 S Lasalle Street Suite 1500    Chicago, IL 60603
aty      Elizabeth C Berg         Joseph A. Baldi &Associates 19 S Lasalle Street, , Suite 1500 Chicago, IL 60603
aty      John D. Spina            Spina McGuire &Okal PC      7610 West North Avenue            Elmwood Park, IL 60707
aty      Joseph A Baldi           Joseph Baldi &Associates    19 S Lasalle Street Suite 1500    Chicago, IL 60603
14180969 A T &T        PO Box 8100        Aurora IL 60507−8100
14180967 A.R.E. Industries, Inc.       Attn: Janet Winters       2621 S Custer       Wichita KS 67217
14271964 AT        Bankruptcy Department       PO Box 769       Arlington TX 76004
14180970 AXA Equitable        PO Box 1047        Charlotte NC 28201−1047
14180962 Alarm Detection Systems, Inc       111 Church Road       Aurora IL 60505
14180963 Alliance Shippers, Inc.        PO Box 827505        Philadelphia PA 19181−7505
14180964 Allied Waste        5050 W Lake Street        Melrose Park IL 60160
14180961 American Int(l Companies       Specialty Workers Comp Group       PO Box 409       Parsippany NJ 07054−0409
14180965 Amerigas        3501 S Cicero Avenue        Cicero IL 60804−4534
14180966 Amm(s Limousine        Attn: Ingrid Castillo        5509 N Cumberland Ave., #509       Chicago IL 60645−1471
14180968 Associated Bag        400 W Boden Street        Milwaukee WI 53207
14181006 Bank Financial, FSB        c/o Crowley &Lamb, PC        350 N. LaSalle Street, # 900       Chicago, IL 60654
14776510 BankFinancial, FSB        Crowley &Lamb PC        350 N LaSalle Street, Suite 900       Chicago, IL 60654
14180971 Cananwill        1000 Milwaukee Avenue        Glenview, IL 60025
14180972 Catmet        16400 Lathrop Avenue        Harvey IL 60426−6024
14180973 Catmet &Recovered Asset Mgt        c/o Schopf &Weiss/R Palmersheim        One S Wacker Dr., 28th Floor       Chicago IL 60606−4617
14271957 Chase        PO Box 15298        Wilmington, DE 19850
14501114 Chase Bank USA, N.A.        PO Box 15145        Wilmington, DE 19850−5145
14271955 Chase Home Equity        PO Box 9001008        Louisville, KY 40290
14271961 Chase Home Equity        PO Box 9001008        Louisville, KY 40290
14180974 Com−Ed        Bill Payment Center        Chicago IL 60668−0001
14180960 Cutler Commercial        2150 E Highland, Ste 207        Phoenix AZ 85016
14181003 DS Waters of North America        c/o Collections Bureau of America        PO Box 5013       Hayward CA 94540−5013
14180980 Department of the Treasury        Internal Revenue Service        PO Box 21126       Philadelphia, PA 19114
14181001 Freeborn &Peters        Attn: Daniel C Curth        311 S Wacker Dr #3000        Chicago IL 60606
14180975 Grainger        1200 S Wolf Road        Wheeling IL 60090−6442
14271959 Helen Bruggeman        7916 W Cortland Parkway        Elmwood Park, IL 60707
14180976 Hinckley Springs        4170 Tanner Creek Drive        Flowery Branch GA 30542
14180977 Humana        PO Box 0859        Carol Stream IL 60132−0859
14180978 IDES        Attn: Juanito Revilla, BK Dept        33 S State St., 10th FL        Chicago IL 60603
14180979 Illinois Department of Revenue        Attn: Richard Dziedzic        100 W Randolph Street       Chicago, IL 60611
14181002 James L Kopecky PC        Attn: John J Lynch        321 N Clark St #2200        Chicago IL 60610
14271958 Kelhle Scale Inc        3475 Nemesis Ave        Waukegan, IL 60087
14180981 Koehler Scale, Inc        Attn: John Zegar        3475 Nemesis Avenue        Waukegan IL 60087
14180982 Libra Industries        1823 W Webster Avenue        Chicago IL 60614
14271956 M &I Marshall and Ilsey Bank        PO Box 3114        Milwaukee, WI 53201
14181000 Mecker Bulger &Tilson        Attn: Chad Main        123 N Wacker Dr., #1800        Chicago IL 60606
14180983 Meckler Bulger &Tilson LLP        123 N Wacker Dr., #1800        Chicago IL 60606
14180984 Met Life        2650 Warrenville Rd Ste 100        Downers Grove IL 60515
14271960 Midwest Core &Catalytics LLC        15 N 9th Avenue        Melrose Park, IL
14181005 Mikey Siegal        36681 N. 105th Way        Scotsdale, AZ 85262
14180985 Nicor        PO Box 2020        Aurora IL 60507−2020
14180986 Nissan Motor Acceptance        PO Box 660366        Dallas TX 75266−0366
14180987 Orkin        200 S 25th Ave., Suite B        Broadview IL 60155−2820
14180988 QWEST        PO Box 29039        Phoenix AZ 85038−9030
14271963 Richard and Rosemary Kloak        1643 N 77th Court        Elmwood Park, IL 60707
14180989 Roadrunner Dawes        3576 Paysphere Circle        Chicago IL 60674
14180990 Sadoff &Rudoy Industries LLP        240 W Arnt St        Fon Du Lac, WI 54936−1136
14180991 Sadoff &Rudoy Industries LLP        c/o Quarles &Brady LLO/P Schoen        411 E Wisconsin Avenue       Milwaukee WI 53202−4497

| | | | | |
|---|---|---|---|---|
| 14180992 | Schwartz Insurance | One S Wacker Drive #3600 | Chicago IL 60606−4614 | |
| 14180993 | Shepard Schwartz and Harris | 123 N Wacker Drive | Chicago IL 60606−1700 | |
| 14180994 | Sprint | PO Box 541023 | Los Angeles CA 99054−1023 | |
| 14180995 | The Hartford | PO Box 2907 | Hartford CT 06104−2907 | |
| 14180996 | The Right Moves | 565 Forest Preserve Drive | Wood Dale IL 60191 | |
| 14181004 | Toyota Tsusho America, Inc. | c/o Zeichner Ellman &Krause, LLP | 575 Lexington Avenue | New York, NY 10022 |
| 14180997 | Verizon Wireless | Operations Support | 777 Big Timber Road | Elgin IL 60123 |
| 14180998 | Village of Maywood | 40 Madison Street | Maywood IL 60153 | |
| 14180999 | Yellow Transportation | PO Box 5901 | Topeka KS 66605−0901 | |

TOTAL: 63

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: kseldon                Page 1 of 2                  Date Rcvd: Nov 22, 2010
Case: 09-26122                 Form ID: pdf006              Total Noticed: 61

The following entities were noticed by first class mail on Nov 24, 2010.
db           +Robert E Bruggeman,    7916 Cortland Parkway,    Elmwood Park, IL 60707-3524
aty          +John D. Spina,    Spina McGuire & Okal PC,    7610 West North Avenue,    Elmwood Park, IL 60707-4142
aty          +Joseph A Baldi,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
tr           +Joseph A Baldi, Tr,    Joseph Baldi & Associates,    19 S Lasalle Street Suite 1500,
               Chicago, IL 60603-1413
14180969      A T & T,    PO Box 8100,    Aurora IL 60507-8100
14180967     +A.R.E. Industries, Inc.,    Attn: Janet Winters,    2621 S Custer,    Wichita KS 67217-1323
14271964     +AT&T,    Bankruptcy Department,    PO Box 769,    Arlington TX 76004-0769
14180970      AXA Equitable,    PO Box 1047,    Charlotte NC 28201-1047
14180962      Alarm Detection Systems, Inc,    111 Church Road,    Aurora IL 60505
14180963      Alliance Shippers, Inc.,    PO Box 827005,    Philadelphia PA 19181-7505
14180964     +Allied Waste,    5050 W Lake Street,    Melrose Park IL 60160-2766
14180961      American Int(l Companies,    Specialty Workers Comp Group,    PO Box 409,
               Parsippany NJ 07054-0409
14180965      Amerigas,    3501 S Cicero Avenue,    Cicero IL 60804-4534
14180966     +Amm(s Limousine,    Attn: Ingrid Castillo,    5509 N Cumberland Ave., #509,    Chicago IL 60656-4751
14180968     +Associated Bag,    400 W Boden Street,    Milwaukee WI 53207-6276
14181006     +Bank Financial, FSB,    c/o Crowley & Lamb, PC,    350 N. LaSalle Street, # 900,
               Chicago, IL 60654-5136
14776510    +++BankFinancial, FSB,    Crowley & Lamb PC,    350 N LaSalle Street, Suite 900,
               Chicago, IL 60654-5136
14180971     +Cananwill,    1000 Milwaukee Avenue,    Glenview, IL 60025-2423
14180972      Catmet,    16400 Lathrop Avenue,    Harvey IL 60426-6024
14180973     +Catmet & Recovered Asset Mgt,    c/o Schopf & Weiss/R Palmersheim,    One S Wacker Dr., 28th Floor,
               Chicago IL 60606-4615
14271957     +Chase,    PO Box 15298,    Wilmington, DE 19850-5298
14501114      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14271955     +Chase Home Equity,    PO Box 9001008,    Louisville, KY 40290-1008
14180960     +Cutler Commercial,    2150 E Highland, Ste 207,    Phoenix AZ 85016-4721
14181003      DS Waters of North America,    c/o Collections Bureau of America,    PO Box 5013,
               Hayward CA 94540-5013
14181001     +Freeborn & Peters,    Attn: Daniel C Curth,    311 S Wacker Dr #3000,    Chicago IL 60606-6679
14180975      Grainger,    1200 S Wolf Road,    Wheeling IL 60090-6442
14271959     +Helen Bruggeman,    7916 W Cortland Parkway,    Elmwood Park, IL 60707-3524
14180976     +Hinckley Springs,    4170 Tanner Creek Drive,    Flowery Branch GA 30542-2839
14180977      Humana,    PO Box 0859,    Carol Stream IL 60132-0859
14180978     +IDES,    Attn: Juanito Revilla, BK Dept,    33 S State St., 10th FL,    Chicago IL 60603-2803
14180979    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court:   Illinois Department of Revenue,     Attn: Richard Dziedzic,
               100 W Randolph Street,    Chicago, IL 60611)
14180980    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court:   Department of the Treasury,     Internal Revenue Service,    PO Box 21126,
               Philadelphia, PA 19114)
14181002     +James L Kopecky PC,    Attn: John J Lynch,    321 N Clark St #2200,    Chicago IL 60654-4614
14271958     +Kelhle Scale Inc,    3475 Nemesis Ave,    Waukegan, IL 60087-3201
14180981     +Koehler Scale, Inc,    Attn: John Zegar,    3475 Nemesis Avenue,    Waukegan IL 60087-3201
14271956     +M & I Marshall and Ilsey Bank,    PO Box 3114,    Milwaukee, WI 53201-3114
14181000     +Mecker Bulger & Tilson,    Attn: Chad Main,    123 N Wacker Dr., #1800,    Chicago IL 60606-1770
14180983     +Meckler Bulger & Tilson LLP,    123 N Wacker Dr., #1800,    Chicago IL 60606-1770
14180984     +Met Life,    2650 Warrenville Rd Ste 100,    Downers Grove IL 60515-2075
14271960      Midwest Core & Catalytics LLC,    15 N 9th Avenue,    Melrose Park, IL
14181005     +Mikey Siegal,    36681 N. 105th Way,    Scotsdale, AZ 85262-4095
14180986      Nissan Motor Acceptance,    PO Box 660366,    Dallas TX 75266-0366
14180987      Orkin,    200 S 25th Ave., Suite B,    Broadview IL 60155-2820
14271963     +Richard and Rosemary Kloak,    1643 N 77th Court,    Elmwood Park, IL 60707-4109
14180989     +Roadrunner Dawes,    3576 Paysphere Circle,    Chicago IL 60674-0001
14180990     +Sadoff & Rudoy Industries LLP,    240 W Arnt St,    Fon Du Lac, WI 54935-2237
14180991      Sadoff & Rudoy Industries LLP,    c/o Quarles & Brady LLO/P Schoen,    411 E Wisconsin Avenue,
               Milwaukee WI 53202-4497
14180992     +Schwartz Insurance,    One S Wacker Drive #3600,    Chicago IL 60606-4603
14180993     +Shepard Schwartz and Harris,    123 N Wacker Drive,    Chicago IL 60606-1743
14180994     +Sprint,    PO Box 541023,    Los Angeles CA 90054-1023
14180995      The Hartford,    PO Box 2907,    Hartford CT 06104-2907
14180996     +The Right Moves,    565 Forest Preserve Drive,    Wood Dale IL 60191-1705
14181004     +Toyota Tsusho America, Inc.,    c/o Zeichner Ellman & Krause, LLP,    575 Lexington Avenue,
               New York, NY 10022-6102
14180998     +Village of Maywood,    40 Madison Street,    Maywood IL 60153-2323
14180999      Yellow Transportation,    PO Box 5901,    Topeka KS 66605-0901

The following entities were noticed by electronic transmission on Nov 23, 2010.
aty          +E-mail/Text: bergtrustee@baldiberg.com                           Elizabeth C Berg,
               Joseph A. Baldi & Associates,    19 S Lasalle Street, , Suite 1500,   Chicago, IL 60603-1413
14180974      E-mail/Text: legalcollections@comed.com                          Com-Ed,    Bill Payment Center,
               Chicago IL 60668-0001
14180985      E-mail/Text: bankrup@nicor.com                                        Nicor,    PO Box 2020,
               Aurora IL 60507-2020
14180988     +E-mail/Text: bklaw@qwest.com                                    QWEST,    PO Box 29039,
               Phoenix AZ 85038-9039
14180997     +E-mail/PDF: bankruptcyverizonwireless@afninet.com Nov 23 2010 01:33:25      Verizon Wireless,
               Operations Support,    777 Big Timber Road,    Elgin IL 60123-1488
                                                                                              TOTAL: 5
```

```
District/off: 0752-1          User: kseldon              Page 2 of 2            Date Rcvd: Nov 22, 2010
Case: 09-26122                Form ID: pdf006            Total Noticed: 61

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Joseph A Baldi & Associates P C
aty           Lois West
aty           Popowcer Katten Ltd
14271962      Midwest Core & Catalytics LLC
14271961*    +Chase Home Equity,   PO Box 9001008,   Louisville, KY 40290-1008
14180982   ##+Libra Industries,   1823 W Webster Avenue,   Chicago IL 60614-2915
                                                                            TOTALS: 4, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 24, 2010**                        **Signature:**    _Joseph Speetjens_