# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRUGGEMAN, ROBERT E | § | Case No. 09-26122 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: <br> *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged <br> Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $               (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                   from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on            .  The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____  By:/s/Joseph A. Baldi, Trustee _____
                                               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Equity | | | | | |
| | M&I Marshall & Ilsey | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| BALDI BERG & WALLACE | | | | | |
| POPOWCER KATTEN, LTD | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IRS | | | | | |
| 000001 | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A.R.E. Industries, Inc. | | | | | |
| | AT&T | | | | | |
| | AXA Equitable | | | | | |
| | Alarm Detection Systems, Inc. | | | | | |
| | Alliance Shippers | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Allied Waste | | | | | |
| | American Internatiaonal Companies | | | | | |
| | Amerigas | | | | | |
| | Amm's Limousine | | | | | |
| | Associated Bag | | | | | |
| | Canan Will | | | | | |
| | Catmet | | | | | |
| | Catmet & Recovered Asset Management | | | | | |
| | Com Ed | | | | | |
| | Cutler Commercial | | | | | |
| | DS Waters of NA | | | | | |
| | Freeborn  & Peters | | | | | |
| | Grainger | | | | | |
| | Hinkley & Springs | | | | | |
| | Humana | | | | | |
| | IDES | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | IDOR | | | | | |
| | James L. Kopecky PC | | | | | |
| | Kelhe Scale, Inc. | | | | | |
| | Libra Industries | | | | | |
| | Meckler Bulger & Tilson | | | | | |
| | MetLife | | | | | |
| | Mickey Siegal | | | | | |
| | Nicor | | | | | |
| | Nissan Motor Acceptance | | | | | |
| | Orkin | | | | | |
| | QWest | | | | | |
| | Roadrunner Dawes | | | | | |
| | Sadoff & Rudoy Industries, LLP | | | | | |
| | Schwartz Ins. | | | | | |
| | Shepard Schwartz & Harris | | | | | |
| | Sprint | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | The Hartford | | | | | |
| | The Right Moves | | | | | |
| | Verizon Wireless | | | | | |
| | Village of Maywood | | | | | |
| | Yellow Transportation | | | | | |
| 000004 | BANKFINANCIAL, FSB | | | | | |
| 000002 | CHASE BANK USA, N.A. | | | | | |
| 000003 | TOYOTA TSUSHO AMERICA, INC. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| Case No: | 09-26122    PSH    Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | 341(a) Meeting Date: | 08/28/09 |
| For Period Ending: | 01/10/11 | Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residence | 400,000.00 | 0.00 | | 0.00 | FA |
|     7916 Cortland Parkway, Elmwood Park, IL (owned in tenancy by the entirities) | | | | | |
| 2. Real Property | 50,000.00 | 0.00 | | 0.00 | FA |
|     Condominium: 2400 Geneva St., Delavan, WI. 25% interest. | | | | | |
| 3. Cash on Hand | 2,000.00 | 0.00 | | 0.00 | FA |
|     Working capital for purchase of auto parts | | | | | |
| 4. Checking, Savings Accounts | -233.15 | 0.00 | | 0.00 | FA |
|     Chase Checking Account (buisness account) | | | | | |
| 5. Checking, Savings Accounts | 963.89 | 0.00 | | 0.00 | FA |
|     Chase-Joint checking account | | | | | |
| 6. Checking, Savings Accounts | 20,501.29 | 20,501.29 | | 20,503.95 | FA |
|     Chase Savings Account | | | | | |
| 7. Household Goods | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. Wearing Apparel | 1,000.00 | 0.00 | | 0.00 | FA |
| 9. Interest in Insurance Policies | 22,217.13 | 0.00 | | 0.00 | FA |
|     American General Life Insurance Policy payable to spouse | | | | | |
| 10. Interests-IRA, ERISA, KEOGH, & etc | 15,201.13 | 0.00 | | 0.00 | FA |
|     Merrill Lynch IRA | | | | | |
| 11. Interests-IRA, ERISA, KEOGH, & etc | 42,946.52 | 0.00 | | 0.00 | FA |
|     Midland National Annuity (IRA) | | | | | |
| 12. Interests-IRA, ERISA, KEOGH, & etc | 46,436.91 | 0.00 | | 0.00 | FA |
|     North American Annuity (IRA) | | | | | |
| 13. Brokerage accounts and mutual funds | 17,089.36 | 17,089.36 | | 20,336.40 | FA |

**FORM 1**
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:     2

Exhibit 8

| Case No: | 09-26122     PSH    Judge: Pamela S. Hollis | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | BRUGGEMAN, ROBERT E | Date Filed (f) or Converted (c): | 07/20/09 (f) |
| | | 341(a) Meeting Date: | 08/28/09 |
| | | Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Merrill Lynch CMA Account | | | | | |
| 14. Autos, Trucks, Trailers, other Vehicles | 9,125.00 | 0.00 | | 4,210.00 | FA |
| Sold per order  6/10/10 | | | | | |
| '03 Audi A4 | | | | | |
| 80,000 miles | | | | | |
| 15. Autos, Trucks, Trailers, other Vehicles | 3,375.00 | 0.00 | | 2,970.00 | FA |
| Sold per order  6/10/10 | | | | | |
| '03 Chevy Pick-Up | | | | | |
| 100,000 miles | | | | | |
| 16. Autos, Trucks, Trailers, other Vehicles | 3,075.00 | 0.00 | | 1,620.00 | FA |
| Sold per order  6/10/10 | | | | | |
| 2000 Ford Expedition | | | | | |
| 135,000 miles | | | | | |
| 17. Autos, Trucks, Trailers, other Vehicles | 550.00 | 0.00 | | 190.00 | FA |
| Sold per order  6/10/10 | | | | | |
| 1993 Nissan Sentra | | | | | |
| 145,000 miles | | | | | |
| 18. Autos, Trucks, Trailers, other Vehicles | 2,550.00 | 0.00 | | 1,620.00 | FA |
| Sold per order  6/10/10 | | | | | |
| 1999 Toyota Corolla | | | | | |
| 83,000 miles | | | | | |
| 19. Autos, Trucks, Trailers, other Vehicles | 1,425.00 | 0.00 | | 1,890.00 | FA |
| 2000 Volkswagon Beetle | | | | | |
| 92,000 miles | | | | | |
| 20. Post-Petition Interest Deposits (u) | Unknown | N/A | | 21.35 | Unknown |

Gross Value of Remaining Assets

FORM 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:   3

Exhibit 8

| | | |
|---|---|---|
| Case No: | 09-26122   PSH   Judge: Pamela S. Hollis | |
| Case Name: | BRUGGEMAN, ROBERT E | |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Date Filed (f) or Converted (c): | 07/20/09 (f) |
| 341(a) Meeting Date: | 08/28/09 |
| Claims Bar Date: | 12/02/09 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $640,223.08 | $37,590.65 | | $53,361.70 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee recovered monies in investment and bank accounts; sold equity in cars to Debtor per court order; prepared Estate
tax returns; Reviewed and resolved claims, including unliquidated claim amount for IRS claim; TFR submitted to UST
10/18/10

Initial Projected Date of Final Report (TFR): 09/30/10        Current Projected Date of Final Report (TFR): 09/30/10

FORM 2

Page: 1

Exhibit 9

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 09-26122 -PSH | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BRUGGEMAN, ROBERT E | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******6228  Money Market Account (Interest Earn |
| Taxpayer ID No: | *******9931 | | |
| For Period Ending: | 01/10/11 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| | 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| | Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | BALANCE FORWARD | | | | 0.00 |
| | 09/23/09 | 6 | Robert Bruggman JPMorgan Chase Cashier's Check Columbus OH | Proceeds of Bank Account | 1129-000 | 20,503.95 | | 20,503.95 |
| | 09/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.05 | | 20,504.00 |
| | 10/22/09 | 13 | MERRILL LYNCH, Pierce Fenner & Smith,  Inc. Disbursement Account 4804 deer Lake Drive East Jacksonville,, Fl 32246 | Merrill Lynch Brokerage Account | 1129-000 | 20,278.38 | | 40,782.38 |
| | 10/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.62 | | 40,783.00 |
| | 11/30/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,784.01 |
| | 12/31/09 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,785.05 |
| | 01/20/10 | 13 | MERRILL LYNCH, Pierce Fenner & Smith,  Inc. Disbursement Account 4804 deer Lake Drive East Jacksonville,, Fl 32246 | Merrill Lynch Brokerage Account | 1129-000 | 58.02 | | 40,843.07 |
| | 01/29/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.03 | | 40,844.10 |
| * | 02/01/10 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK Interest from 1/29/10 posted manually. | 1270-003 | 1.03 | | 40,845.13 |
| | 02/26/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 0.94 | | 40,846.07 |
| | 03/03/10 | | Transfer to Acct #*******6299 | Bank Funds Transfer Transfer funds for bond premium payment. | 9999-000 | | 9.30 | 40,836.77 |
| | 03/04/10 | | Transfer to Acct #*******6299 | Bank Funds Transfer | 9999-000 | | 25.50 | 40,811.27 |
| * | 03/22/10 | 20 | Reverses Interest on 02/01/10 | INTEREST REC'D FROM BANK Adjustment to cancel out double entry of $1.03 interest posting for January 2010. Checked with BOA -- see bank file for memo. | 1270-003 | -1.03 | | 40,810.24 |

Page Subtotals        40,845.04        34.80

Ver: 16.01c

FORM 2                                          Page:   2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**                    Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: | 09-26122 -PSH | | | Trustee Name: | Joseph A. Baldi, Trustee | |
| Case Name: | BRUGGEMAN, ROBERT E | | | Bank Name: | Bank of America, N.A. | |
| | | | | Account Number / CD #: | *******6228  Money Market Account (Interest Earn | |
| Taxpayer ID No: | *******9931 | | | | | |
| For Period Ending: | 01/10/11 | | | Blanket Bond (per case limit): | $ 5,000,000.00 | |
| | | | | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | ecb  3/22/10 | | | | |
| 03/31/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.05 | | 40,811.29 |
| 04/30/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.01 | | 40,812.30 |
| 05/28/10 | 20 | Bank of America, N.A. | Interest Rate  0.030 | 1270-000 | 1.04 | | 40,813.34 |
| 06/21/10 | * NOTE * | Robert Bruggman | SALE PROCEEDS: VEHICLES | 1129-000 | 12,500.00 | | 53,313.34 |
| | | JPMorgan Chase Cashier's Check | * NOTE *  Properties 14, 15, 16, 17, 18, 19 | | | | |
| | | Columbus OH | | | | | |
| 06/30/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 1.28 | | 53,314.62 |
| 07/30/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.26 | | 53,316.88 |
| 08/31/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.27 | | 53,319.15 |
| 09/30/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.19 | | 53,321.34 |
| 10/29/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.26 | | 53,323.60 |
| 11/30/10 | 20 | Bank of America, N.A. | Interest Rate  0.050 | 1270-000 | 2.20 | | 53,325.80 |
| 12/16/10 | 20 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 1.10 | | 53,326.90 |
| 12/16/10 | | Transfer to Acct #*******6299 | Final Posting Transfer | 9999-000 | | 53,326.90 | 0.00 |
| | | | Transfer for final distribution | | | | |

| | | | | | |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 53,361.70 | 53,361.70 | 0.00 |
| | Less:  Bank Transfers/CD's | | 0.00 | 53,361.70 | |
| | Subtotal | | 53,361.70 | 0.00 | |
| | Less:  Payments to Debtors | | | 0.00 | |
| | Net | | 53,361.70 | 0.00 | |

Page Subtotals            12,516.66            53,326.90

Ver: 16.01c

FORM 2

Page: 3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 09-26122  -PSH |
| Case Name: | BRUGGEMAN, ROBERT E |
| Taxpayer ID No: | *******9931 |
| For Period Ending: | 01/10/11 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******6299  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/03/10 | | Transfer from Acct #*******6228 | Bank Funds Transfer | 9999-000 | 9.30 | | 9.30 |
| | | | Transfer funds for bond premium payment. | | | | |
| 03/03/10 | 001001 | International Sureties | Bond Premium Payment | 2300-000 | | 9.30 | 0.00 |
| | | 701 Poydras Street  #420 | Annual premium payment - 2010 | | | | |
| | | New Orleans, LA 70139 | | | | | |
| 03/04/10 | | Transfer from Acct #*******6228 | Bank Funds Transfer | 9999-000 | 25.50 | | 25.50 |
| 03/04/10 | 001002 | International Sureties | Bond Premium Payment (2nd Check) | 2300-000 | | 25.50 | 0.00 |
| | | 701 Poydras Street  #420 | Balance Owing on 2010 annual premium | | | | |
| | | New Orleans, LA 70139 | Bond # 016026455 | | | | |
| 12/16/10 | | Transfer from Acct #*******6228 | Transfer In From MMA Account | 9999-000 | 53,326.90 | | 53,326.90 |
| | | | Transfer for final distribution | | | | |
| 12/16/10 | 001003 | Popowcer Katten, Ltd | TRUSTEE ACCOUNTANT FEES | 3410-000 | | 1,139.50 | 52,187.40 |
| | | 35 E. Wacker Drive | | | | | |
| | | Suite 1550 | | | | | |
| | | Chicago, Il  60601-2207 | | | | | |
| 12/16/10 | 001004 | BALDI BERG & WALLACE, LTD. | ATTORNEY FEES | 3110-000 | | 3,008.50 | 49,178.90 |
| | | 19 South LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, IL  60603 | | | | | |
| 12/16/10 | 001005 | JOSEPH A. BALDI , as Trustee | TRUSTEE FEE | 2100-000 | | 5,917.81 | 43,261.09 |
| | | 19 S. LaSalle Street | | | | | |
| | | Suite 1500 | | | | | |
| | | Chicago, Illinois  60603 | | | | | |
| 12/16/10 | 001006 | Department of the Treasury | Claim 000001, Payment 100.00% | 5800-000 | | 12,399.00 | 30,862.09 |
| | | Internal Revenue Service | | | | | |
| | | PO Box 21126 | | | | | |
| | | Philadelphia, PA 19114 | | | | | |
| 12/16/10 | 001007 | United States Bankruptcy Court | Claim 000002, Payment 0.44% | 7100-000 | | 1.67 | 30,860.42 |
| | | 219 S. Dearborn St. | Chase Bank USA, N.A. | | | | |

Page Subtotals          53,361.70          22,501.28

Ver: 16.01c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:   4

Exhibit 9

| Case No: | 09-26122 -PSH | | Trustee Name: | Joseph A. Baldi, Trustee |
| Case Name: | BRUGGEMAN, ROBERT E | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******6299 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9931 | | | |
| For Period Ending: | 01/10/11 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Chicago, IL 60604 | PO Box 15145 | | | | |
| | | | Wilmington, DE 19850-5145 | | | | |
| 12/16/10 | 001008 | Toyota Tsusho America, Inc. | Claim 000003, Payment 0.44% | 7100-000 | | 29,956.92 | 903.50 |
| | | c/o Zeichner Ellman & Krause, LLP | | | | | |
| | | 575 Lexington Avenue | | | | | |
| | | New York, NY 10022 | | | | | |
| 12/16/10 | 001009 | BankFinancial, FSB | Claim 000004, Payment 0.44% | 7100-000 | | 903.50 | 0.00 |
| | | Crowley & Lamb PC | | | | | |
| | | 350 N LaSalle Street, Suite 900 | | | | | |
| | | Chicago, IL 60654 | | | | | |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 53,361.70 | 53,361.70 | 0.00 |
| Less: Bank Transfers/CD's | 53,361.70 | 0.00 | |
| Subtotal | 0.00 | 53,361.70 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 53,361.70 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Money Market Account (Interest Earn - *******6228 | 53,361.70 | 0.00 | 0.00 |
| Checking Account (Non-Interest Earn - *******6299 | 0.00 | 53,361.70 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 53,361.70 | 53,361.70 | 0.00 |
| | ============== | ============== | ============== |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        30,860.42

Ver: 16.01c